# IN THE UNITED STATED DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 6:21-cv-01009-ADA |
| SENSORMATIC ELECTRONICS, LLC and JOHNSON CONTROLS, INC., | § § § § | JURY DEMANDED |
| *Defendants.* | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Monument Peak Ventures, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Defendants having not served either an answer or a motion for summary judgment, dismisses this action in its entirety WITH PREJUDICE.

1

Dated: March 14, 2022     Respectfully submitted,

**PLATT CHEEMA RICHMOND PLLC**

*/s/ Matthew C. Acosta*
Matthew C. Acosta
Texas Bar No. 24062577
macosta@pcrfirm.com
Andrew Lin
Texas Bar. No. 24092702
alin@pcrfirm.com
Nicholas C. Kliewer
Texas Bar No. 24083315
nkliewer@pcrfirm.com
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022, I forwarded a copy of the forgoing document to counsel for Defendants via the Court's ECF notification system.

*/s/ Matthew C. Acosta*
Matthew C. Acosta